AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
# FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shea-Stonum, Marilyn E. | U.S. Bankruptcy Court | 10/06/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☐ Annual ☑ Final <br> 5b. ☑ Amended Report | 01/01/2014 to 05/01/2014 |

**7. Chambers or Office Address**

2 South Main Street-Rm. 240
Akron, Ohio 44308

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Upon her death, Trustee of resulting trust of my mother's living trust | Irrevocable Trust |
| 2. | Trustee | Educational Trust |
| 3. | Trustee | Irrevocalbe Trust |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | Jones Day Retirement Fund |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2014 | $301 monthly retirement payments Jones Day | $3,612.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Salary, Case Western Reserve University |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 10/06/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 10/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. American Century Inter Term Tax Free Bd | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 2. American Funds Washington Mutual | A | Dividend | K | T | Buy | 01/21/14 | K | | |
| 3. Vanguard Inter Term Tax Exempt Fund | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 4. American Funds EuroPacific Growth | A | Int./Div. | N | T | Buy (add'l) | 04/10/14 | M | | |
| 5. American Funds New World | A | Int./Div. | M | T | Buy (add'l) | 04/10/14 | M | | |
| 6. Dreyfus Emerging Markets | A | Int./Div. | L | T | | | | | |
| 7. Thornburg International Value | A | Int./Div. | M | T | | | | | |
| 8. Harbor Capital Appreciation | A | Int./Div. | N | T | Buy (add'l) | 04/10/14 | M | | |
| 9. Oakmark Fund | A | Int./Div. | N | T | Buy (add'l) | 04/10/14 | M | | |
| 10. Schwab S&P 500 Select | B | Int./Div. | M | T | Buy (add'l) | 04/10/14 | M | | |
| 11. Artisan Mid Cap | A | Int./Div. | L | T | Buy (add'l) | 04/10/14 | K | | |
| 12. Artisan Mid Cap Value | A | Int./Div. | L | T | Buy (add'l) | 04/10/14 | K | | |
| 13. Artisan Small Cap Value | A | Int./Div. | L | T | Buy (add'l) | 04/10/14 | K | | |
| 14. Templeton Global Bond | A | Int./Div. | L | T | | | | | |
| 15. PIMCO Total Return | A | Int./Div. | M | T | | | | | |
| 16. Westcore Plus Bond | B | Int./Div. | M | T | | | | | |
| 17. Goldman Sachs Strategic Income | A | Int./Div. | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 10/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FPA New Income | A | Int./Div. | M | T | | | | | |
| 19. Pimco All Asset | A | Int./Div. | M | T | Buy (add'l) | 04/10/14 | L | | |
| 20. Mainstay Marketfield | A | Int./Div. | L | T | Buy (add'l) | 04/10/14 | K | | |
| 21. Freeport-McMoRan Copper & Gold | A | Dividend | J | T | | | | | |
| 22. Danaher Corp | A | Dividend | K | T | | | | | |
| 23. Stericycle | A | Dividend | K | T | | | | | |
| 24. Verizon Communications | B | Dividend | K | T | | | | | |
| 25. Harman International Industries | A | Dividend | K | T | | | | | |
| 26. Scripps Networks | A | Dividend | K | T | | | | | |
| 27. CVS Caremark Corp | A | Dividend | K | T | | | | | |
| 28. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 29. Travelers Companies | A | Dividend | K | T | | | | | |
| 30. Celgene Corporation | A | Dividend | K | T | | | | | |
| 31. Cerner Corporation | A | Dividend | K | T | | | | | |
| 32. McKesson Corp | A | Dividend | K | T | | | | | |
| 33. Mylan Inc. | A | Dividend | K | T | | | | | |
| 34. Novartis AG ADR | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 10/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Thermo Fisher Scientific Inc. | A | Dividend | K | T | | | | | |
| 36. Accenture Ltd. | A | Dividend | K | T | | | | | |
| 37. ANSYS Inc. | A | Dividend | K | T | | | | | |
| 38. EMC Corp Mass | A | Dividend | K | T | | | | | |
| 39. Fiserv Inc. | A | Dividend | K | T | | | | | |
| 40. Google Inc. | A | Dividend | K | T | | | | | |
| 41. Intel Corporation | A | Dividend | K | T | | | | | |
| 42. International Business Machines | A | Dividend | K | T | | | | | |
| 43. Microsoft Corporation | A | Dividend | K | T | | | | | |
| 44. Public Enterprise Group | A | Dividend | K | T | | | | | |
| 45. American Funds AMCAP Fund - IRA | C | Int./Div. | L | T | | | | | |
| 46. American Funds American Mutual - IRA | C | Int./Div. | M | T | Sold (part) | 01/16/14 | J | | |
| 47. Berkshire Hathaway Inc. | | None | M | T | | | | | |
| 48. Barclays Bank iPath | | None | K | T | Buy | 04/10/14 | K | | |
| 49. Amgen Inc. | A | Dividend | K | T | | | | | |
| 50. Cardinal Health | A | Dividend | K | T | Donated (part) | 04/09/14 | J | | |
| 51. Microchip Technology | A | Dividend | J | T | Donated (part) | 04/09/14 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 10/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. iShares MSCI BRIC | A | Dividend | | | Sold | 01/21/14 | J | A | |
| 53. T.Rowe Price Latin America | A | Dividend | | | Sold | 01/21/14 | J | A | |
| 54. Dreyfus Greater China A | | None | | | Sold | 01/21/14 | J | B | |
| 55. iShares MSCI Australia Index | A | Dividend | | | Sold | 01/21/14 | J | A | |
| 56. iShares MSCI Brazil Capped | A | Dividend | | | Sold | 01/21/14 | J | A | |
| 57. Columbia Equity Value Z | A | Dividend | | | Sold | 01/21/14 | K | B | |
| 58. Fidelity Value Discovery | A | Dividend | | | Sold | 01/21/14 | J | B | |
| 59. Schwab US Broad Market ETF | A | Dividend | | | Sold | 01/21/14 | J | D | |
| 60. Alger SMID Cap Growth | | None | | | Sold | 01/21/14 | J | B | |
| 61. Baron Partners Fund | A | Int./Div. | | | Sold | 01/21/14 | J | C | |
| 62. Dreyfus Structured Midcap | A | Dividend | | | Sold | 01/21/14 | J | B | |
| 63. Fidelity Value Fund | A | Dividend | | | Sold | 01/21/14 | J | D | |
| 64. Keeley Small Cap Value | A | Dividend | | | Sold | 01/21/14 | J | C | |
| 65. Wells Fargo Advantage Small/Mid Cap Value | A | Dividend | | | Sold | 01/21/14 | J | B | |
| 66. BlackRock All-Cap Energy | A | Dividend | | | Sold | 01/21/14 | J | A | |
| 67. Schwab US Aggregate Bond ETF | A | Dividend | | | Sold | 01/21/14 | K | A | |
| 68. TIAA-CREF Spouse Retirement Plan | E | Int./Div. | O | T | Distributed (part) | 03/24/14 | P1 | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 10/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schwab Money Market | A | Int./Div. | N | T | | | | | |
| 70. T Rowe Price Tax Free Short Intermediate Fund | A | Int./Div. | K | T | Buy | 01/21/14 | K | | |
| 71. American Funds Small Cap World | | None | J | T | Buy | 01/21/14 | J | | |
| 72. Calvert Global Alternatives Energy | | None | K | T | | | | | |
| 73. PowerShares WilderHill Progrsv Energy | | None | K | T | | | | | |
| 74. American Funds Growth Fund of America | | None | K | T | Buy | 01/21/14 | K | | |
| 75. American Funds Small Cap World | | None | J | T | Buy | 0/21/14 | K | | |
| 76. Bank of America accounts | A | Interest | M | T | | | | | fidiciuary acct. |
| 77. Wells Fargo accounts | A | Interest | M | T | | | | | fidiciuary acct. |
| 78. Valley Savings accounts | D | Interest | M | T | | | | | fidiciuary acct. |
| 79. First Merit Bank, cash | | None | J | T | | | | | fidiciuary acct. |
| 80. Key Bank, cash account | A | Interest | J | T | | | | | |
| 81. fractional int in oil well oper by Sun Oil Co. | B | Royalty | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 10/06/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 10/06/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marilyn E. Shea-Stonum**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544